FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

SEP 13 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:18 cv 664 KGB-JTK

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Walter D. Nabors JR.**
ADC # _____

Address: **3201 Roosevelt Rd LittleRock, Ar 72204**

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge **Baker**
and to Magistrate Judge **Kearney**

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **S. Humphrey**

Position: **Lincese Pratice Nurse**

Place of employment: **Pulacki county Regional Detention Facility Turnkey Health**

Address: **3201 Roosevelt Rd. LittleRock, Ar 72204**

Name of defendant: **J. Jones**

Position: **Licences Pratice Nurse**

-4-

Place of employment: **Pulaski county Regional Detention Facility**

Address: **3201 Roosevelt Rd Little Rock, Ar 72204**

Name of defendant: **Pulaski county Regional Detention Facility**

Position: **Jail Administrative**

Place of employment: **Pulaski county Regional Detention Facility's Turn key Health**

Address: **3201 Roosevelt Rd LittleRock 72204**

Name of defendant: **Sanders**

Position: **Deputy**

Place of employment: **Pulaski county Regional Detention Facility**

Address: **3201 Roosevelt Rd Little Rock 72204**

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _____

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

✓ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **Parole Violation 90 days**

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No ___

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **The grievances were never returned to me to exhaust the grievance procedure and appealing**

Yes \_\_\_\_ No ✓

If not, why? The grievances was'nt never returned to me to exhaust the grievance Procedure or appealing Procedure at 3 being waiting since 8-7-2018

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8-7-18 Deputy Sanders seen blood on my cell floor in Medical Administrative segregation Approximately 12:30pm and I pused the call button about twenty-five times before having a seizure. And no Deputy answer or came around and I told him that I had a seizure. And at that time Deputy sanders cleaned all the blood up from the inteniced in cell 409. Which my front tooth was chiped and broken in half and no picture's was'nt taking at that time. Which Medical had been over Medicate ing me since July 18, 2018, And on Aug 7, 2018 Deputy A. king called a code red and I was transported to UAMS Hospital and my bottom lip was stricked up on the inside and outside and then I was returned to Pulask county Regional

-7-

Detention Facility about 2:30pm to 3:00 o'clock then Deputy Clark moved me to bottom tire and after I ate went into another seizer and felt out the bunk on to my head. A code red was called and then I was returned to uams on Arkansas Trauma system #B236518 and that is when they try to see could I stand up or walk before they released me and couldn't so on Aug 7, 2018 I was Amitted to the Hosptial. Which on the 8 of Aug 2018 they came to see could I stand up or and couldn't so the order Physial threapy for me but pulaski county Regional Detention Facility doesnt provide physical threapy so I could learn how to walk & balances myself again, But pulaski county Regional Detention Facility gave me an Walking cane on Aug 8, 2018 when I returned back to the Jail, which they rebooked me in to pulaski county Regional Detention Facility cause I had been here since July 17, 2018 10:30pm. Which I fear for my life around the names in this Claim because my 1, 3, 4, 5, 6, 14, Amend was violated by the Turn Key Health personnel Nurse's by overdosing me on my seizure medication which the Nurse and Doctor at UAMS stated my seizure medication level was 32 and that was too high for my seizure medication level cause the nurse's was giving me 3 diliant in the Morning & bed 150mgs a pieces from July 19, 2018 until Aug 7, 2018 and acted outrage of tort against Americans with disability act, and all this took place on medical Administrative segregation.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 11 day of August , 2018.

*Walter D. Nabors Jr.*

*Walter D. Nabors Jr.*
Signature(s) of plaintiff(s)

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to look at it as if it was there Child or son or dauger in the same Incieded like me or theirself, which I have injures that I got to live with 3 walk with a walking cane to hold myself up was denid my medication on July 17, 2018 by PCROF Personnel. I'm a fall risk

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 11 day of August, 20 18.

Walter D. Nabors JR.

_Walter D. Nabors jr._
Signature(s) of plaintiff(s)

-8-

Walter Darwin Nabors JR SO# 21230
3201 Roosevelt Rd
Little Rock, Arkansas 72204

MAIL

LITTLE ROCK
AR 722
12 SEP
PM 3 L

Mailed From 72204
09/12/2018
032A006181615O

US POSTAGE
$00.68⁹
First-Class

7220190029 C041

Pro Se Clerk
600 West Capital Avenue Room A149
Little Rock, Arkansas 72201