Case Name: Nabors V. Humphrey
Case Number: 4:18-cv-00664-KGB-JTK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 02 2018
JAMES W. McCORMACK, CLERK
By: /s/ LBu
DEP CLERK

U.S. District court
Eastern District of Arkansas

## Motion to Amended complaint

On 8/7/18 at 12:30pm Deputy Sander was informed by me Inmate Walter D. Nabors that I had a seizure in cell 409 and broken my tooth in half, And bused my lip wide open on the Inside and outside. An it was two hours before Deputy sander came around and did his checks in K unit, which Deputy Sander did'nt answer the income or anything but when he concated Medical and Turn Key Health personnel informed Deputy Sander to Inform me Inmate Walter D. Nabors JR. #212305 to sit down on the bed instead of calling a code red by policy of Pulaski County Regoinal Detention Facility and Turn Key Health personnel deprived me of my constitutional rights of my 14th of Amend of equal protection and 8th of Amend of cruel and unsual punishment by cleaning up the blood off the cell floor of K unit 409. And S. Humphrey should have knew she was giving me to much seizure Medication and J. Jones also has LPN's and working in the Medical field for Turn Key Health personnel and by been hire throught Pulaski County Regoinal Detentional Facility to care for inmates and I was since out to UMS Hospital then returned back to Pulaski County Regoinal Detentional Facility because of my speech was messed up on 8/7/18. Then I had another seizuer at 2:30pm in K unit cell 306 and Turn Key

Health personnel busted all of my stitches in my bottom lip and outside of my lip and I went back out to ums again was amitted on 8-7-18 to ums. And ums asked Deputy Alexander did they provide Physcial theapy for me to learn how to walk again and Deputy Alexander stated no so when I was released 8/8/18 and retured to pulaski county Regional Detentional Facility and Turn Key Health personnel gave me a walking cane to walk with and I want to sue S. Humphrey and J. Jones because they fix's the pill packs for the other Nurse to pass out, And I wish to sue Pulaski county Regional Detentional Facility and Turn Key Health, Deputy Sanders did contcat Medical they never came to K unit cell 409 or called a red.ilike Medical personnel could respone by policy of the Jail. And I have Medical recorders from ums stated my seizure medication level was to high.

Walter D. nabors jr.