IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER D. NABORS, JR.                                              PLAINTIFF

v.                          CASE NO. 4:18-CV-00664 BSM

S. HUMPHREY, et al.                                              DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 14] is adopted. The Doe defendants, Pulaski County Regional Detention Facility, and Turn Key Health are dismissed without prejudice.

IT IS SO ORDERED this 28th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE