# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WALTER D. NABORS, JR.**                                                                     **PLAINTIFF**

v.                          **CASE NO. 4:18-CV-00664 BSM**

**S. HUMPHREY, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of August 2019.

_____
UNITED STATES DISTRICT JUDGE